UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

JACK GRAHAM

*Plaintiff*,

v.

TRUSTEE CADENCE BANK,

*Defendant*.

No. 6:24-cv-193-CRW-DTG

# ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland regarding Defendant's Second Motion for Summary Judgment (Dkt. No. 41). Dkt. No. 55. Judge Gilliland found that Plaintiff failed to raise a genuine issue of material fact as to his breach of contract, wrongful foreclosure, and negligent misrepresentation claims against Defendant. *Id.* The Report therefore recommends that the Motion (Dkt. No. 41) be **GRANTED**. The Report and Recommendation was issued on October 21, 2026. As of the date of this order, no party has filed objections to the Report and Recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*,

864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed the Report and Recommendation for clear error. Having found no such error, the Court finds that the Report and Recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 55) is **ADOPTED**.

**IT IS THEREFORE ORDERED** that Defendant Trustee Cadence Bank's Second Motion for Summary Judgment (Dkt. No. 41) is **GRANTED**. Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk's Office is respectfully directed to **CLOSE** this case.

So ordered on November 25, 2026.

Chris Wolfe

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE